

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-13-00384-CR

_____

**TARIUS MANUERE,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

**From the County Court at Law**
**Navarro County, Texas**
**Trial Court No. C34890**

_____

## ABATEMENT ORDER

_____

Appellant's brief was originally due on or before May 7, 2014.  Appellant's counsel requested an extension of time to prepare and file appellant's brief, and the Court granted an extension until July 7, 2014.  Subsequently, Appellant's counsel requested a *second* extension of time to prepare and file appellant's brief, and the Court granted an extension until August 6, 2014.  The Court's letter order stated, "Any further motions requesting an extension of time to file a brief will be disfavored and will rarely be granted."  Appellant's counsel then requested a *third* extension of time to prepare and file appellant's brief, and the Court granted an extension until September 5, 2014.

The Court's letter order stated, "**Absent extraordinary circumstances, no further motions for extension of time to file the appellant's brief will be entertained.**"

The Court then received from Appellant's counsel a motion for a *fourth* extension of time to prepare and file appellant's brief. It did not set forth extraordinary circumstances, and to grant the requested extension would have given appellant's counsel 182 days to accomplish that which the Rules allocate only 30 days. *See* TEX. R. APP. P. 38.6. Appellant's motion for a fourth extension of time to file brief was therefore denied, and the appellant's brief was ordered to be filed by October 1, 2014. The Court's letter order stated, "The failure of the Court to timely receive appellant's brief will result in the Court abating the appeal and ordering the trial court to immediately conduct a hearing under Rules of Appellate Procedure 38.8(b)(2) & (3)."

The Court has now received from Appellant's counsel another motion for an extension of time to prepare and file appellant's brief. The motion requests until October 8, 2014 to finish the appellant's brief. To date, appellant's brief has still not been filed. Accordingly, we deny the motion for extension of time to file appellant's brief and abate this appeal to the trial court to conduct any necessary hearings within 21 days of the date of this order in accordance with Texas Rule of Appellate Procedure 38.8(b)(2) and (3). TEX. R. APP. P. 38.8(b)(2), (3).

The supplemental clerk's and reporter's records required by the rule, if any, are ordered to be filed within 35 days of the date of this Order. *See id*.

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Cause abated
Order issued and filed October 16, 2014
Do not publish

